1  BENJAMIN B. WAGNER
   UNITED STATES ATTORNEY
2
3  SAMUEL C. SMALL
   SPECIAL ASSISTANT UNITED STATES ATTORNEY
4  Office of the Staff Judge Advocate
   AFFTC/JA
5  1 South Rosamond Blvd.
   Edwards AFB, California 93524
6  Phone: (661) 277-4316 / Fax: (661) 277-2887

7

8

IN THE UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) Case No. 5:12-mj-00001 JLT |
|---|---|
| Plaintiff, | ) Government's Motion to Dismiss |
| v. | ) Date: |
| **CHARLES A SIMONS III.,** | ) Time: |
| Defendant. | ) Place: Edwards Air Force Base |
|  | ) Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss with prejudice, the Case Number 5:12-mj-00001 JLT against Charles A. Simons III., in the interest of justice.

                                                  Respectfully Submitted

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: 5 January 2012

                                    By    //signed//scs 5-Jan-12//

                                                  SAMUEL C. SMALL
                                                  Special Assistant United States Attorney

## ORDER

1. **IT IS SO ORDERED.** That the case against Charles A. Simons III., Case Number: 5:12-mj-00001 JLT be dismissed, with prejudice, in the interest of justice.

DATED: January  5  2012

*Jennifer Thurston*
JENNIFER L. THURSTON
U.S. Magistrate Judge